# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | No. 3:20-CR- |
| CHRISTOPHER JONES, : | JUDGE |
| Defendant. : | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### Income Tax Evasion
### 26 U.S.C. § 7201

From on or about March 17, 2014, through in or about February 2019, in Lackawanna County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

### CHRISTOPHER JONES,

then a resident of Old Forge, Pennsylvania, willfully attempted to evade and defeat substantial income tax due and owing by him to the United States of America, for the tax years 2013, 2014, 2015, 2016, 2017, and 2018 by committing the following affirmative acts, among others:

1. preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax

Return, Form 1040, which was submitted to the Internal Revenue Service on or about March 17, 2014, and which failed to report income of $108,609.00;

2. preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service on or about March 23, 2015, and which failed to report income of $92,860.00;

3. preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service on or about April 11, 2016, and which failed to report income of $61,567.00;

4. preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service on or about March 20, 2017, and which failed to report income of $81,497.00;

5. preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service on or about March 5, 2018, and which failed to report income of $156,130.00;

6. preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service on or about March 18, 2019, and which failed to report income of $6,901.00; and

7. making false statements to investigating agents of the Internal Revenue Service in or about February 2019 regarding the filing of fraudulent tax returns for the tax years 2013 through 2018 that did not report the income gained from illegal bookmaking activities.

All in violation of Title 26, United States Code, Section 7201.

DAVID J. FREED
United States Attorney

By: _____
SEAN A. CAMONI
Assistant United States Attorney

Date: 6/16/20